No. 234. FONT, APELANTE, *v.* RAMÍREZ, APELADO.—Corte de Distrito de San Juan, Sección Segunda.—*Injunction.* Resuelto en noviembre 28, 1922. Vista la moción de desistimiento presentada por el apelante, se le tiene por desistido de la apelación.

No. 1971. EL PUEBLO, APELADO, *v.* FIGUEROA, APELANTE.— Corte de Distrito de Ponce. Resuelto en diciembre 1, 1922. Infracción a la ley de arbitrios. Se han examinado los autos y estimándose que la prueba es suficiente para sostener la sentencia, se confirma.

No. 1979. EL PUEBLO, APELADO, *v.* GARCÍA, APELANTE.— Corte de Distrito de Ponce. Resuelto en diciembre 1, 1922. Falsa representación. Examinados los autos, el alegato del acusado y el informe del Fiscal solicitando la revocación de la sentencia apelada, se resuelve de conformidad y se absuelve al acusado.

No. 2970. JIMÉNEZ, APELANTE, *v.* CRUZADO ET AL., APELADOS.—Corte de Distrito de San Juan, Distrito Primero. Resuelto en diciembre 9, 1922. Habiendo el tribunal considerado los alegatos de las partes, por los fundamentos del caso de *Brac* v. *Ojeda,* 27 D. R. P. 658, se confirma la sentencia.

No. 2793. CANTERO, APELANTE, v. SAVINO, APELADO. Corte de Distrito de San Juan, Primer Distrito. Resuelto en diciembre 9, 1922. Habiendo el tribunal examinado las alegaciones y las pruebas y el alegato del apelante, y apareciendo que no se ha cometido error fundamental alguno, se confirma la sentencia.